OCTOBER 24, 1955.

No. 16. WALTON *v.* CALIFORNIA. Certiorari, 348 U. S. 894, to the Superior Court of California, Appellate Department, County of Santa Clara. Argued October 17, 1955. Decided October 24, 1955. *Per Curiam:* A majority of the Court are of opinion that the record in this case fails to establish that a federal question is presented and for that reason the writ of certiorari is dismissed. MR. JUSTICE REED and MR. JUSTICE DOUGLAS dissent. THE CHIEF JUSTICE did not participate in the consideration or decision of this case. *Robert F. Peckham* and *Jay A. Darwin* argued the cause and filed a brief for petitioner. *Clarence A. Linn,* Assistant Attorney General of Cali-

fornia, argued the cause for respondent. With him on the brief were *Edmund G. Brown,* Attorney General, and *Arlo E. Smith,* Deputy Attorney General.